In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-15-00262-CV

_____

IN RE DAVID ELLIOTT

**Original Proceeding**

**MEMORANDUM OPINION**

David Elliott petitioned for a writ of mandamus compelling the 356th District Court of Hardin County, Texas, to vacate the temporary orders signed on June 25, 2015, in a recently-commenced divorce case. *See generally* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. Elliott asks this Court to compel the trial court to sign temporary orders that provide for a standard possession order that includes summer visitation and additional "makeup visitation" in Virginia where he resides. Elliott filed a motion requesting that this Court award him a six-week visitation period in Virginia and additional visitation for missed Spring visitation previously agreed to by the parties, as temporary relief

pending the determination of the merits of his mandamus petition. *See generally* Tex. R. App. P. 52.10(a).

Elliott contends there is insufficient evidence in the record of the hearing on temporary orders to rebut the presumption that a standard possession order should be entered. *See generally* Tex. Fam. Code Ann. §§ 105.001(g); 153.252 (West 2014). After considering the mandamus petition and the response filed by the real party in interest, the temporary nature of the orders at issue, and the records submitted by the parties for review by this Court (which does not include everything the trial court considered in reaching the decision regarding the temporary orders at issue), we conclude that the relator has not established that the trial court clearly abused its discretion. *See* Tex. Fam. Code Ann. § 153.253 (West 2014). Accordingly, we deny the petition for writ of mandamus and the motion for temporary relief. *See* Tex. R. App. P. 52.8(a).

PETITION DENIED.

PER CURIAM

Submitted on July 15, 2015
Opinion Delivered July 24, 2015

Before McKeithen, C.J., Horton and Johnson, JJ.